UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KAREN K. MOORE, | : | |
| Plaintiff, | : | Civil Action No. 05-773(FLW) |
| v. | : | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court upon Plaintiff's appeal of the final decision of the Commissioner of Social Security; and the Court having considered the submissions of the parties without oral argument, pursuant to L. Civ. R. 9.1(b) and Fed. R. Civ. P. 78; and for the reasons set forth in the Opinion filed herewith,

IT IS on this 14th day of February, 2006;

**ORDERED** that Plaintiff's appeal is **DENIED** and the decision of the Commissioner of Social Security is **AFFIRMED;** and it is further

**ORDERED** that the Clerk shall mark this case **CLOSED**.

S/ Freda L. Wolfson
Honorable Freda L. Wolfson
United States District Judge